UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARION WILLIAMS,<br><br>            Petitioner,<br><br>     v.<br><br>N.T. McKINNEY, Warden<br><br>            Respondent. | No. EDCV 22-1970-MEMF (JPR)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

With respect to the Magistrate Judge's finding that Petitioner has presented no evidence in support of his claims, including those concerning exhaustion, Report at 4, the Court adds that it does not consider the factual assertions in the Petition Attachment to be made under penalty of perjury not only because Williams "did not sign the attachment or swear to the truth of its statements," Report at 4, but also because the Attachment was explicitly prepared by someone else other than Petitioner-namely Sacorey Clark. The fact that the Attachment was

prepared by someone else other than Petitioner provides an additional reason why the Court cannot consider it to be evidence in the absence of a signature under penalty of perjury by the Petitioner.

ACCORDINGLY, IT IS ORDERED THAT:

1. Respondent's motion to dismiss is granted and the Petition is dismissed without prejudice.

2. Judgment be entered consistent with this order.

3. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: September 26, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
U.S. DISTRICT JUDGE