JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARION WILLIAMS, | Case No. EDCV 22-1970-MEMF (JPR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| N.T. McKINNEY, Warden | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 26, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
U.S. DISTRICT JUDGE